JAMES TALCOTT, Respondent, *v.* MORRIS LEVY et al.,
Appellants.*

(Argued June 11, 1894; decided June 22, 1894.)

APPEAL from judgment of the General Term of the Superior
Court of the city of New York, entered upon an order made
April 7, 1893, which affirmed a judgment in favor of plaintiff
entered upon a decision of the court on trial at Special Term.

*Ira Leo Bamberger* for appellants.

*Arthur C. Rounds* for respondent.

Agree to affirm on opinion below.
All concur.
Judgment affirmed.

———————

JACOB TOME, Respondent, *v.* CHARLES A. GERLACH,
Appellant.

(Argued June 12, 1894; decided June 22, 1894.)

APPEAL from judgment of the General Term of the
Supreme Court in the first judicial department, entered upon
an order made May 13, 1892, which affirmed a judgment in
favor of plaintiff entered upon a verdict, and also affirmed an
order denying a motion for a new trial.

*Hamilton R. Squire* for appellant.

*George T. Wardwell* for respondent.

Agree to affirm on opinion below.
All concur.
Judgment affirmed.

———————

* Mem. of decision, 3 Misc. Rep. 615.